No. 04-98-00820-CR



Stacye D. SERENO,


Appellant



v.



The STATE of Texas,


Appellee



From the 227th Judicial District Court, Bexar County, Texas


Trial Court No. 90-CR-4517


Honorable Pat Priest, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: January 20, 1999


APPEAL DISMISSED


 Appellant has filed a motion to dismiss this appeal by withdrawing her notice of appeal. The
motion is granted and this appeal is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH


Return to
4th Court of Appeals Opinions